UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUMB,<br><br>          Plaintiff,<br><br>     v.<br><br>STEVEN GOBIN,<br><br>          Defendant. | Case No.  25-cv-04729-SVK<br><br>**ORDER CONDITIONALLY GRANTING FENNEMORE LLP'S MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 25 |

On October 22, 2025, Defendant's counsel, Fennemore, LLP ("Fennemore") filed a motion to withdraw as counsel of record. Dkt. 25 (the "Motion"). Having considered the Motion and supporting declarations, the relevant law and the record in this case, the Court finds the Motion suitable for determination without oral argument (*see* Civ. L.R. 7-1(b) and **CONDITIONALLY GRANTS** the Motion.

"Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case ." Civil Local Rule 11–5(b). "The decision to permit counsel to withdraw is within the sound discretion of the trial court." *Robinson v. Delgado*, No. 02-cv-1538-NJV, 2010 WL 3259384, at *1 (N.D. Cal. Aug. 18, 2010) (citing *LaGrand v. Stewart,* 133 F.3d 1253, 1269 (9th Cir.1998)). In ruling on such a motion, courts consider: "(1) the reasons why withdrawal is sought;  (2) the prejudice withdrawal may cause to other litigants;  (3) the harm withdrawal might cause to the administration of justice;  and (4) the degree to which withdrawal will delay the resolution of the case." *Williams v. Cnty. of Fresno*, 562 F. Supp. 3d 1032, 1035 (E.D. Cal. 2021); *see also Robinson*, 2010 WL 3259384, at *2 (same).

Here, Fennemore's Motion is supported by a declaration from Defendant, Steven Gobin, testifying that he "can no longer afford legal representation in this case," has been "informed what

it means to represent [him]self," intends "to move forward as a *pro se* litigant" and thus "consent[s] to[] Fennemore's withdrawal." Dkt. 25-1, ¶ 2. This weighs in favor of granting withdrawal, (*see* Cal. R. Prof. Conduct 1.16(b)(6)), although "the consent of the client is not dispositive." *Robinson*, 2010 WL 3259384, at *2. The early stage of the proceedings (no answer has been filed, and discovery does not close until June 1, 2026) also weighs in favor of withdrawal. However, Plaintiff filed a partial non-opposition, requesting that "Mr. Gobin immediately appears *pro se* and provides an e-mail address for service of papers." Dkt. 27 at 2. Given the fully briefed motion pending before the Court and Mr. Gobin's residence in Idaho, the Court finds that registration of Mr. Gobin for e-filing will serve to limit prejudice to both Parties if withdrawal of counsel is granted.

Accordingly, the Court **CONDITIONALLY GRANTS** the Motion. Fennemore **shall** "continue to accept service of papers for forwarding purposes until Mr. Gobin files a notice of appearance *pro se* or substitutes new counsel" pursuant to Civ. L.R. 11-5(b). Moreover, if Mr. Gobin wishes to proceed *pro se*, Fennemore **shall** aid Mr. Gobin in registering his e-mail with the Court's electronic case filing ("ECF") system. *See* https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/. Mr. Gobin is informed that if he registers for e-filing, he will receive notices and documents by email in this case rather than by regular mail. Once the above two conditions are satisfied, Fennemore is permitted to withdraw as counsel.

If proceeding *pro se*, the Court further encourages Mr. Gobin to seek free legal assistance from the Federal Pro Se Program located in the San Jose Courthouse. The Federal Pro Se Program will not represent him in this action but can provide basic legal assistance at no cost. He can schedule an appointment by calling (408) 297-1480 or emailing hsong@asianlawalliance.org. He can find more information about the Legal Help Center at: https://cand.uscourts.gov/pro-se-litigants/. The court also provides a free guide, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions and trial. He can access the guide online (https://cand.uscourts.gov/pro-se-handbook/) or in hard copy free of charge from the Clerk's Office.

Finally, if proceeding *pro se* Mr. Gobin must **familiarize himself with this Court's Standing Order** (https://cand.uscourts.gov/sites/default/files/wp-content/uploads/judges/van-keulen-svk/SvK-Civil-and-Discovery-Referral-Matters-Standing-Order-June-2024.pdf).

**SO ORDERED.**

Dated: November 7, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge