RICHARD R. PATCH (State Bar No. 88049)
FRANKLIN S. KRBECHEK (State Bar No. 322170)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
ef-fsk@cpdb.com

Attorneys for Plaintiff
TIMOTHY BUMB

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN JOSE DIVISION**

| | |
|---|---|
| TIMOTHY BUMB, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEVE GOBIN a/k/a ORFEJ GOBIN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-04729-SVK<br><br>**STIPULATED REQUEST TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND ~~[PROPOSED]~~ ORDER**<br><br>Trial Date: December 7, 2026 |

Pursuant to Civil Local Rule 6-1(b) and Rule 6-2, Plaintiff Timothy Bumb ("Plaintiff") and Defendant Steve Gobin a/k/a Orfej Gobin ("Defendant") jointly request that the Court extend Plaintiff's deadline to oppose Defendant's pending motion for summary judgment from Monday, August 31, 2026, to Wednesday, September 2, 2026, to permit the parties additional time to finalize and execute a settlement agreement to resolve this litigation.

WHEREAS, on August 17, 2026, Defendant filed a motion for summary judgment, or, in the alternative, partial summary judgment (the "Motion for Summary Judgment");

WHEREAS, Civil Local Rule 6-1(b) permits the parties to file a stipulation seeking a court order modifying the Plaintiff's deadline to oppose Defendant's pending motion for summary judgment;

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

WHEREAS, on August 27, 2026, pursuant to the Court's Order (Dkt. No. 44), the parties attended a settlement conference before Judge Virginia K. DeMarchi and reached an agreement to settle the above-captioned matter;

WHEREAS, on August 31, 2026, Plaintiff's opposition to the Motion for Summary Judgment is due;

WHEREAS, a two day extension of Plaintiff's deadline to file his opposition to Defendant's Motion for Summary Judgment will provide time for the parties to prepare the settlement agreement, which likely would allow for a resolution without additional expenditure of resources, and serve judicial economy;

WHEREAS the parties are not seeking an extension of any other deadlines;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the undersigned parties that Plaintiff's deadline to oppose Defendant's pending motion for summary judgment is extended from Monday, August 31, 2026, to Wednesday, September 2, 2026.

DATED: August 28, 2026 — COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Franklin S. Krbechek*
FRANKLIN S. KRBECHEK
RICHARD R. PATCH
Attorneys for Plaintiff
TIMOTHY BUMB

DATED: August 28, 2026 — FENNEMORE LLP

By: */s/ Shannon D. Sweeney*
SHANNON D. SWEENEY
Attorneys for Defendant
STEVE GOBIN

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(i)(3), the other signatory to this document has concurred in the filing of this document.

DATED: August 28, 2026

COBLENTZ PATCH DUFFY & BASS LLP

By: */s/ Franklin S. Krbechek*
FRANKLIN S. KRBECHEK
Attorneys for Plaintiff
TIMOTHY BUMB

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated: August 28, 2026

The Honorable Susan van Keulen
United States Magistrate Judge